Evelyn Queen *v.* Nancy Gagliola et al.

The motion by the plaintiff to dismiss the defendants' petition for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Andrew D. Sabetta,* for the plaintiff.

*William F. Gallagher,* for the defendants.

Argued October 6—decided October 6, 1970

Andrew Pappas *v.* George Pappas

The motion by the plaintiff to dismiss the appeal from the Superior Court in New London County is denied.

*C. George Kanabis,* for the appellee (plaintiff).

*Jackson T. King, Jr.,* for the appellant (defendant).

Argued October 6—decided October 6, 1970

Paul P. Harris et al. *v.* George Novotasky

The motion by the defendant to dismiss the appeal from the Superior Court in Hartford County is denied.

*Snow G. Munford,* for the appellee (defendant).

*Harvey A. Katz,* for the appellants (plaintiffs).

Argued October 6—decided October 6, 1970

Boucher Agency, Inc. *v.* David E. Zimmer et al.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.